UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| ALAN M. GRAYSON, *et. al.* | ) | Civ. Action No.: 2:07-cv-593-DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER GRANTING PLAINTIFFS'** |
| vs. | ) | **JOINT MOTION FOR A** |
| | ) | **DETERMINATION OF FINALITY OF** |
| CHARLES CATHCART, *et. al.* | ) | **JUDGMENTS AGAINST CERTAIN** |
| | ) | **DEFENDANTS** *NUNC PRO TUNC* |
| Defendants. | ) | |

**THIS MATTER** comes before the Court upon the joint motion of Plaintiffs Kevin Campbell, Chapter 7 Trustee of the Estate of Derivium Capital, LLC; Alan M. Grayson and The AMG Trust; General Holding, Inc.; Robert & Melanie Sabelhaus; Newton Family, LLC; and WCN/GAN Partners, Ltd. ("Plaintiffs") for an express determination that there is no just reason to delay in entering final judgments against certain defendants, pursuant to Fed. R. Civ. P. 54(b).

**IT APPEARS** to the satisfaction of the Court that there is no just reason to delay in entering final judgments as to those defendants against whom default judgments have been obtained by the Grayson Plaintiffs, to wit:

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Aug. 30, 2007) (default judgment against Windward Isles Trust Co., Ltd.);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Aug. 30, 2007) (default judgment against Optech Limited);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Aug. 30, 2007) (default judgment against St. Vincent Trust Services, Ltd.);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Aug. 30, 2007) (default judgment against St. Vincent Trust Company, Ltd.);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Sept. 10, 2007) (default judgment against Javelin Ltd.);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Dec. 3, 2007) (default judgment against Kristina Phelan);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Dec. 3, 2007) (default judgment against Jeeves Group (Asia) Ltd.);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Jan. 3, 2008) (default judgment against Pelican Trust Co., Ltd.);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Jan. 3, 2008) (default judgment against Alexander Jeeves);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Jan. 3, 2008) (default judgment against Lexadmin Trust, Reg.);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (June 2, 2008) (default judgment against The Jeeves Group);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (June 2, 2008) (default judgment against Bryan Jeeves);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (June 17, 2008) (default judgment against Joanna Overfield Bodell);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (July 1, 2008) (default judgment against Nigel Tebay);

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Dec. 9, 2008) (default judgment against Orangeburg Metal Treatment Co.).

IT FURTHER APPEARS to the satisfaction of the Court that there is no just reason to

delay in entering final judgments as to those defendants who participated in the month-long trial before this Court that commenced on February 2, 2009 and against whom judgments have been obtained by the Grayson Plaintiffs, to wit:

*Grayson, et al. v. Cathcart, et al.*, No. 07-0593 (Nov. 24, 2009) (judgment against Charles Cathcart, Evelyn Cathcart, Yuri Debevc, Veridia, and DC USA).

**IT IS HEREBY ORDERED** Plaintiffs' motion be GRANTED, and that the above-listed judgments are final and appealable under Fed. R. Civ. P. 54(b).

**IT IS FURTHER ORDERED** that this Order be deemed effective *nunc pro tunc* to the respective dates of entry of each of the above-listed judgments.

**AND IT IS SO ORDERED**.

_____
The Honorable David C. Norton

Charleston, South Carolina
April 28, 2010